UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 24-CR-463 (CJN)** |
| v. | : | |
| | : | |
| **DEEPAK JAIN** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America, by and through its undersigned counsel, hereby respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e).  The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery.   Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion, and they do not oppose the motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

1

        Respectfully submitted,

        GLENN S. LEON
        Chief, Fraud Section
        Criminal Division

By:    */s/ Robert Spencer Ryan*
        Robert Spencer Ryan (NY 5757141)
        Trial Attorney, Fraud Section
        Criminal Division
        United States Department of Justice
        1400 New York Ave. N.W.
        Washington, D.C. 20005
        Robert.ryan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December 2024, the foregoing was served electronically on the counsel of record through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and the document is available on the ECF system.

                                             */s/ Robert Spencer Ryan*
                                             Robert Spencer Ryan