IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 24-cr-00463 (CJN) |
| ) | |
| DEEPAK JAIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

DEFENDANT DEEPAK JAIN'S UNOPPOSED MOTION
TO CONTINUE THE DECEMBER 10, 2025 SCHEDULING CONFERENCE
AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Deepak Jain, by and through his undersigned counsel, respectfully moves to continue the Scheduling Conference currently scheduled for December 10, 2025. In support of this motion, Mr. Jain submits the following:

1. On October 18, 2025, Mr. Jain filed an unopposed motion to continue the trial date in this matter and for a status conference. *See* ECF 35, 36. The Court granted Mr. Jain's unopposed motion on October 21, 2025, continued the trial date to a date to be determined by the Court, vacated the remaining dates in the Court's February 27, 2025 Scheduling Order, and set a Scheduling Conference for December 10, 2025 at 2:00 p.m. *See* Oct. 21, 2025 Minute Order.

2. The parties continue to engage in discussions that will bear on the posture of this case moving forward. In light of the parties' ongoing discussions, and to conserve the Court's time and resources, Mr. Jain respectfully requests the Court continue the Scheduling Conference.

3. The parties have conferred and are available for a Scheduling Conference on the following dates in January 2026: January 27, January 28, and January 29.

1

4.     On December 6, 2025, undersigned counsel sought the United States' position on the relief sought herein. Vasanth Sridharan, counsel for the United States, represented that the United States does not object to the relief sought herein.

Wherefore, for the foregoing reasons and any other reasons appearing to the Court, Mr. Jain respectfully requests the Court continue the December 10, 2025 Scheduling Conference.

Respectfully submitted,

/s/ Steven J. McCool
STEVEN J. McCOOL
D.C. Bar No. 429369
JULIA M. COLEMAN
D.C. Bar No. 1018085
GRACE G. SIMMONS
D.C. Bar No. 90024082
McGUIREWOODS LLP
888 16th Street, N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 857-2424
Fax: (202) 828-3324
smccool@mcguirewoods.com
jcoleman@mcguirewoods.com
gsimmons@mcguirewoods.com

*Counsel for Deepak Jain*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December 2025, the foregoing was served electronically on the counsel of record through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and the document is available on the ECF system.

                                                  /s/ Steven J. McCool
                                              STEVEN J. McCOOL