✎ PS 4
(03/06)

# PRETRIAL DIVERSION AGREEMENT

IN THE UNITED STATES DISTRICT COURT

District of Columbia

IN RE _____
(Name of Divertee)

File No. _____

*(Or, if case filed)*

UNITED STATES OF AMERICA

Case No. CR 24-463 (CJN)

V.

Deepak Jain
Defendant

The court has been advised that __Deepak Jain__ (Divertee/Defendant) has entered into a pretrial diversion agreement dated __01/21/2026__, with the United States Attorney's office. A copy of the agreement is attached to this order and is incorporated by reference.

The pretrial diversion agreement includes a condition that requires __Deepak Jain__ (Divertee/Defendant) to make restitution in the amount of $ __1,000,000.00__ to __Securities and Exchange Commission__ (Address(es))

(payments to be dispursed electronically)
(Address(es))

It is ORDERED that the clerk of the court accept and receive restitution payments from __Deepak Jain__ (Divertee/Defendant) and disburse them to __Securities and Exchange Commission__ (Address(es))

(payments to be dispursed electronically)
(Address(es))

in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received and disbursed for criminal judgments.

Carl J. Nichols, U. S. District Judge
Name and Title of Judge

*[signature: Carl J. Nichols]*
Signature of Judge

2/3/2026
Date